

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00244-CR

Manuel Becerril **ESPINOZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR5174
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: May 8, 2024

DISMISSED FOR WANT OF JURISDICTION

On March 20, 2024, appellant filed a notice of appeal. The clerk's record, which was filed on April 2, 2024, does not contain a judgment of conviction or other appealable order. Additionally, the clerk's record appears to show that appellant has not yet been tried or sentenced in this case because he has been found incompetent to stand trial.[1]

---

[1] The most recent order in the clerk's record is an August 10, 2023 Agreed Judgment of Incompetency. On February 21, 2024, we dismissed appellant's appeal from that order for want of jurisdiction. *See Espinoza v. State*, No. 04-24-00017-CR, 2024 WL 697100, at *1 (Tex. App.—San Antonio Feb. 21, 2024, no pet.) (per curiam) (mem. op., not designated for publication).

Generally, a criminal defendant may only appeal from a final judgment of conviction. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02; *State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990). Because no final judgment of conviction has been signed in this case, it appears the ruling, if any, appellant seeks to challenge is interlocutory. The courts of appeals lack jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law. *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014).

On April 4, 2024, we ordered appellant to show cause in writing by April 19, 2024 why this appeal should not be dismissed for want of jurisdiction. Appellant did not respond to our order. Accordingly, we dismiss this appeal for want of jurisdiction. *See id.* at 50–52.

PER CURIAM

DO NOT PUBLISH